302

Allan J. DAILEY, as trustee for the heirs and next of kin of Kamyab Aghai Tabriz, Appellant,

v.

SPORTS WORLD SOUTH, INC., d/b/a Scuba Center, et al., Respondents.

No. A03–127.

Supreme Court of Minnesota.

July 19, 2004.

ORDER

Based upon all the files, records and proceedings herein, and upon an evenly-divided court,

IT IS HEREBY ORDERED that the decision of the Court of Appeals filed September 30, 2003, be, and the same is, affirmed without opinion.

GILBERT, J., took no part in the consideration or decision of this case.

BY THE COURT

/s/Kathleen A. Blatz
Chief Justice

Bonnie M. CULL, Respondent,

v.

WAL–MART STORE, INC., and Insurance Company of the State of Pennsylvania/AIG, claims administered by Claims Management, Inc., Relators.

No. A04–766.

Supreme Court of Minnesota.

July 20, 2004.

John R. Malone # 146638, Malone & Atchison, St. Cloud, MN, for Employee/Respondent.

Christopher E. Sandquist # 279249, Gislason & Hunter, LLP, Mankato, MN, for Employer/Relators.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed April 1, 2004, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/ James H. Gilbert
Associate Justice